565 A.2d 157

N. Adele FINKBINER and J. Harry Finkbiner, Appellants,

v.

MEDICAL PROFESSIONAL LIABILITY CATASTROPHE
LOSS FUND, and Thomas J. Judge, Sr., and Harry
J. Keogh.

Supreme Court of Pennsylvania.

Argued Oct. 23, 1989.

Decided Nov. 1, 1989.

Stephen R. Kurens, Philadelphia, for appellants.

Claudia M. Tesoro, Deputy Atty. Gen., for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY,
McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM:

Order affirmed.